THOMAS W. LAMONT et al., Individually and as The International Committee of Bankers on Mexico, Respondents, *v.* TRAVELERS INSURANCE COMPANY et al., Defendants; and BANCO NACIONAL DE MEXICO S. A. et al., Interveners, Respondents, and NATHAN M. HUTNER, Intervener, Appellant.

Argued November 20, 1947; decided January 16, 1948.

*William E. Haudek* and *Abraham L. Pomerantz* for appellant.

*Ralph M. Carson* and *Francis W. Phillips* for International Committee of Bankers on Mexico, intervener, respondent.

*Eugene Untermyer* and *Rudolph E. Uhlman* for Leonora Speyer, intervener, respondent.

Judgment affirmed, with one bill of costs to the plaintiffs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.